# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONALD BERGEN,**

**Plaintiff,**

-vs-                                                    **Case No.  6:02-cv-458-Orl-22A**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**
_____

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (Doc. 27) issued on May 16, 2005, Plaintiff's Objection (Doc. 28) thereto, and Plaintiff's Notice of Supplemental Information, etc. (Doc. 29).

The Court is sympathetic to the issues raised in Plaintiff's Objection. Nevertheless, the Magistrate Judge's construction of 42 U.S.C. § 406(b) is correct. *See also, McGraw v. Barnhart,* - F. Supp. 2d -, 2005 WL 1160822 (N.D. Okla. May 17, 2005) (No. 02-CV-55-SAJ). Moreover, as the Magistrate Judge notes, even if § 406(b) did otherwise support Plaintiff's counsel's request, the petition is untimely. Finally, the information contained in Plaintiff's Notice of Supplemental Information does not alter the conclusion that Plaintiff's counsel may not proceed under § 406(b).

Based on the foregoing, it is ORDERED as follows:

1.  The May 16, 2005 Report and Recommendation (Doc. 27) is APPROVED AND ADOPTED.

2.  Plaintiff's Objection to Report and Recommendation (Doc. 28), filed May 26, 2005, is OVERRULED.

3.  The Petition for Authorization for Plaintiff's Attorney to Charge a Reasonable Fee (Doc. 26), filed March 25, 2005, is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 27, 2005.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Karla R. Spaulding